MILLER, Respondent, v. NEW YORK BUTCHERS' DRESSED MEAT CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 16, 1913.) Action by Frank Miller against the New York Butchers' Dressed Meat Company. No opinion. Judgment and order unanimously affirmed, with costs.

MILLIKEN BROS., Inc., v. CITY OF NEW YORK et al. (Supreme Court, Appellate Division, First Department. April 11, 1913.) Action by Milliken Bros., Incorporated, against the City of New York and others. No opinion. Motion granted, unless appellants comply with terms stated 'in order. Order filed. See, also, 135 App. Div. 598, 120 N. Y. Supp. 841; 141 N. Y. Supp. 724.

MISNER, Appellant, v. MADDEN, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 21, 1913.) Action by Clara A. Misner against Dora S. Madden. No opinion. Judgment affirmed, with costs.

MITTELDORF, Appellant, v. MILLIKEN et al., Respondents. (Supreme Court, Appellate Division, First Department. December 27, 1912.) Action by Isaac Mitteldorf against Seth M. Milliken and others. J. A. Leve, of New York City, for appellant: A. I. Elkus, of New York City, for respondents. No opinion. Order modified, as stated in memorandum, and, as modified, affirmed, with $10 costs and disbursements to the respondent. Settle order on notice. Memorandum per curiam.

MONARCH ROAD ROLLER CO., Respondent, v. STEWART-KERBAUGH-SHANLEY CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. April 30, 1913.) Action by the Monarch Road Roller Company against the Stewart-Kerbaugh-Shanley Company.

PER CURIAM. Judgment reversed, and new trial granted, with costs to appellant to abide event. Held, first, that it was a question of fact as to whether it was the negligence of the engineer of the appellant which caused the fire; and, second, that in case the jury should find that it was the negligence of the respondent's engineer which caused the fire, then the evidence presented a question of fact as to whether at the time the respondent's engineer was engaged in the work of the appellant or in the work of the respondent. See, also, 154 App. Div. 918, 138 N. Y. Supp. 1130.

FOOTE, J., dissents.

MORIARTY, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. April 30, 1913.) Action by Annie Moriarty, as administratrix, etc., against the City of New York. No opinion. Judgment and order unanimously affirmed, with costs.

MORRIS v. WARREN. (Supreme Court, Appellate Division, First Department. April 25, 1913.) Appeal from Special Term, New York County. Action by Frederick Morris against E. Douglas Warren. From an order granting plaintiff's motion for bill of particulars with reference to defendant's counterclaim, he appeals. ·Reversed. Harry R. Kohn, of New York City, for appellant. Franklin H. Mills, of New York City, for respondent.

PER CURIAM. It is obvious that the paragraph numbered 8 included in the counterclaim herein refers to all the stock delivered to the plaintiff under the alleged contract between him and the defendant, and therefore a bill of particulars thereof is unnecessary. The order appealed from will therefore be reversed, with $10 costs and disbursements, and the motion denied, with $10 costs.

MORSE et al., Appellants, v. KELSEY et al., Respondents. (Supreme Court, Appellate Division, First Department. May 23, 1913.) Action by Charles A. Morse and another against Carolyn T. Kelsey and others. J. W. Middlebrook, of New York City, for appellants. C. G. Walter, of New York City, for respondents. No opinion. Judgment (78 Misc. Rep. 99, 138 N. Y. Supp. 729) affirmed, with costs, on the opinion of PAGE, J. Order filed.

MORTON-LANGE CONST. Co., Respondent, v. BOISSE et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 18, 1913.) Action by the Morton-Lange Construction Company against Julia H. Boisse and another.

PER CURIAM. The motion to include the notice of appeal of the defendant Parker in the present appeal record is granted, without costs, on condition that said defendant appellant stipulate to limit his appeal to such questions as may arise upon the judgment roll only; otherwise, motion denied, with $10 costs.

MULLER, Respondent, v. POPE-HARTFORD AUTO CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 18, 1913.) Action by Thomas Muller, against the Pope-Hartford Auto Company. No opinion. Order denying motion for new trial unanimously affirmed, with costs. See, also, 141 N. Y. Supp. 1132, 1133.

MULLER, Respondent, v. POPE-HARTFORD AUTO CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 18, 1913.) Action by Thomas Muller against the Pope-Hartford Auto Company. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 141 N. Y. Supp. 1132, 1133.

MULLER, Respondent, v. POPE-HARTFORD AUTO CO., Appellant. (Supreme Court, Appellate Division, Second Department.